DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KRISTOPHER LYNN LEONARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3025
_____

November 15, 2023

Appeal from the County Court for Sarasota County; Phyllis R. Galen,
Judge.

Andrea Flynn Mogensen of The Law Office of Andrea Flynn Mogensen,
P.A., Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Elba Caridad Martin,
Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.